IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | CASE NUMBER: 05-05091 ESL |
| | * | |
| **HERNAN OCASIO RAMOS** | * | |
| **LUZ DELIA PAGAN PAGAN** | * | |
| | * | |
| Debtor(s) | * | CHAPTER 13 |

*******************************

| | | |
|---|---|---|
| HERNAN OCASIO RAMOS | * | ADV. PRO. NO. 2006-00181 |
| | | |
| Plaintiff's | * | |
| | | |
| vs. | * | |
| | | |
| PRAMCO II, L.L.C; THE SMALL | * | |
| BUSINESS ADMINISTRATION; | * | |
| FRANCISCO FERNANDEZ CHIQUES; | * | |
| JOHN DOE & RICHARD ROE; | * | |
| INSURANCE COMPANIES X, Y | * | |
| and/or Z | * | |
| | | |
| Defendants | * | |

*******************************

| | |
|---|---|
| ALEJANDRO OLIVERAS RIVERA | * |
| | |
| Chapter 13 Trustee | * |

*******************************

**MOTION REGARDING ABSENCE FROM JURISDICTION**

**TO THE HONORABLE COURT:**

**COMES NOW** debtor, through the undersigned attorney and very respectfully to this Honorable Court requests and prays for the following:

1. Due to a vacation period, the undersigned will be absent from this jurisdiction between July 24th, 2007 up to and including

August 9th, 2007.

2. Because the undersigned is a solo practitioner, it is respectfully requested that the Honorable Court take note of the above, and accordingly refrain from issuing any orders and/or setting any hearings in the captioned case during the referenced period.

**WHEREFORE**, it is very respectfully requested that this Honorable Court take note of the above, and refrain from issuing any orders and/or setting any hearings in the captioned case until after August 10th, 2007, when the undersigned shall return to the jurisdiction.

In San Juan, Puerto Rico, this 23 day of July, 2007.

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Alejandro Oliveras Rivera, Esq.**, US Trustee **Monsita Lecaroz Arribas** and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

/s/ Marilyn Valdes Ortega
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net